IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 2010 C 6844<br>)<br>) Judge Sharon Johnson Coleman<br>) |
| GREER EXCAVATING, INC.<br>an Illinois corporation | ) Magistrate Judge Gilbert<br>)<br>) |
| Defendant. | ) |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on October 25, 2010 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon GREER EXCAVATING, INC., an Illinois corporation was made on the Defendant on November 11, 2010, and a copy of the proof of service was filed with the court on November 17, 2010.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$13,979.28  Pension
$18,638.10  Welfare
   $925.00  Attorneys fees
   $438.00  Court costs
$33,980.38

WHEREFORE, Plaintiff prays for:

1.    Entry of judgment against Defendant, GREER EXCAVATING, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $33,980.38

        TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.:  (312) 236-0415
        Facsimile No.:  (312) 341-0438
        Dated:  December 3, 2010